**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                       15-cr-576 (JGK)

**REBECCA BAYUO,**                                 <u>**ORDER**</u>

             **Defendant.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the defendant's application for immediate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) by **June 1, 2020**. The defendant may reply by **June 3, 2020**.

    The Court is not yet prepared to find that the defendant's application raises a "substantial issue" such that the Court of Appeals should remand the case to this Court for an indicative ruling on the motion. The issues underlying the motion have been pending for some time and argument on the defendant's appeal is currently scheduled for May 28, 2020. This Court should not interfere with the pending appeal before even receiving a response from the Government.

**SO ORDERED.**

**Dated:    New York, New York**
            **May 25, 2020**                 _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                       **United States District Judge**