**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

        **- against -**               **15-cr-576 (JGK)**

**REBECCA BAYUO,**                 **ORDER**

           **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed on the telephone conference on June 9, 2020, the defendant shall notify the Court of the status of the motion for compassionate release by **June 16, 2020.**

**SO ORDERED.**

**Dated:**    **June 9, 2020**
           **New York, New York**

                     /s/ John G. Koeltl
                       **John G. Koeltl**
              **United States District Judge**