**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

       - against -                              15-cr-576 (JGK)

**REBECCA BAYUO,**                                      **ORDER**

                   **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

The Court has scheduled a telephone conference with the parties to discuss the timing of any compassionate release request in view of today's decision by the Court of Appeals.

**SO ORDERED.**

**Dated:**    **June 17, 2020**
              **New York, New York**

                                             /s/ John G. Koeltl
                                            **John G. Koeltl**
                              **United States District Judge**