**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                              15-cr-576 (JGK)

**REBECCA BAYUO,**                                <u>ORDER</u>

            **Defendant.**
――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

     For the reasons stated in the Court's Memorandum Opinion and Order dated June 20, 2020, after considering the factors set forth in 18 U.S.C. § 3553(a), the Court finds that there are extraordinary and compelling reasons to justify a reduction in the sentence of the defendant, Rebecca Bayuo, Inmate No. 72435-054, presently housed at FCI Aliceville, and that this reduction is consistent with the applicable policy statements issued by the United States Sentencing Commission. 18 U.S.C. § 3582(c)(1)(A)(i). Accordingly, the Court **grants** the defendant's motion for compassionate release.

     It is further ordered that:

1. The defendant is resentenced to time served.

2. The Court recommends to United States Immigration and Customs Enforcement that it withdraw its detainer so that the defendant can return to New York to be supervised by the Probation Department in this District. The Court has already determined for the reasons set out in its Memorandum Opinion and Order that the defendant is not a

   danger to the community or a risk of flight pending her removal from the United States.

3. Upon release from custody, the defendant shall begin her two-year term of supervised release as set forth in the Court's Judgment. Dkt. No. 250. All previous conditions imposed in the Judgment remain in full force and effect.

4. The defendant must report to the United States Probation Office for the Southern District of New York within 72 hours of her release.

5. This Order is stayed for fourteen (14) days to allow defense counsel to make any applications to the Immigration and Customs Enforcement authorities to withdraw the outstanding immigration detainer against the defendant. The stay also allows the Bureau of Prisons to make any necessary arrangements for the defendant's release including the satisfaction of any quarantine restrictions.

**SO ORDERED.**

**Dated:    June 20, 2020**
**          New York, New York**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                        **United States District Judge**